**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeremy M. Crawford                                                      CHAPTER 13
                Debtor(s)

                                            BKY. NO. 17-11293 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                            Respectfully submitted,

                              /s/ *Brian C. Nicholas*
                              Brian Nicholas
                              29 Oct 2020, 14:37:45, EDT

                              Brian C. Nicholas, Esquire
                              Attorney I.D. No. 317240
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com