**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JEREMY M. CRAWFORD | Case No. 17-11293JAD |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>  JEREMY M. CRAWFORD | Chapter 13<br><br>Document No. ___58___ |
| Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___7th___ day of December, 20 22, it is hereby ORDERED, ADJUDGED, and DECREED that,

Owens-Brockway Glass Cont Inc
Attn: Payroll Manager
1 Michael Owens Way
Perrysburg, OH 43551-

is hereby ordered to immediately terminate the attachment of the wages of JEREMY M. CRAWFORD, social security number XXX-XX-1945. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEREMY M. CRAWFORD.

BY THE COURT:

_____dak_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeremy M. Crawford  
    Debtor

Case No. 17-11293-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Dec 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy M. Crawford, 3487 Kearney Road, Brockway, PA 15824-1063 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| Kenneth P. Seitz | on behalf of Debtor Jeremy M. Crawford thedebterasers@aol.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 — User: auto — Page 2 of 2
Date Rcvd: Dec 07, 2022 — Form ID: pdf900 — Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7